# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

**FILED**

JUN 17 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KOREY AARSTAD; et al.,<br><br>            Plaintiffs - Appellees,<br><br>   v.<br><br>BNSF RAILWAY COMPANY, a<br>Delaware corporation and JOHN<br>SWING,<br><br>            Defendants - Appellants. | No. 19-35305<br><br>D.C. No. 4:17-cv-00072-BMM-JTJ<br>U.S. District Court for Montana,<br>Great Falls<br><br>**MANDATE** |

The judgment of this Court, entered May 24, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Craig Westbrooke
Deputy Clerk
Ninth Circuit Rule 27-7