# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| KOREY L. AARSTAD, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> BNSF RAILWAY COMPANY, JOHN SWING, MARYLAND CASUALTY COMPANY, ROBINSON INSULATION COMPANY, and DOES A-Z, <br><br> Defendants. | CV 17-72-GF-BMM <br><br> **ORDER** |

Defendant, Maryland Casualty Company (MCC) has moved for an order allowing Mark A. Johnston to appear *pro hac vice* in this case with Daniel W. Hileman, Esq., designated as local counsel. Mr. Johnston's application appears to be in compliance with L.R. 83.1(d).

ORDERED:

Defendant MCC's motion to allow Mr. Johnston to appear on its behalf (Doc. 103) is GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(6) and must be designated as lead counsel or as co-lead counsel with Mr. Johnston;

2. Mr. Johnston must do his own work. He must do his own writing, sign his own pleadings, motions, briefs and other documents served or filed by him, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

4. Admission is personal to Mr. Johnston.

FURTHER ORDERED:

Mr. Johnston, shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this 16th day of October, 2019.

John Johnston
United States Magistrate Judge